14989.  NIXON v. THE STATE.

BROYLES, C. J.  The verdict was demanded by the evidence, and the amendment to the motion for a new trial was without merit.

Judgment affirmed.  Luke and Bloodworth, JJ., concur.

DECIDED NOVEMBER 13, 1923.

Indictment for carrying pistol; from Randolph superior court—Judge Custer presiding.  July 28, 1923.

Charles W. Worrill, for plaintiff in error.

B. T. Castellow, solicitor-general, R. R. Arnold, contra.